UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY HANKINS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 7:22-CV-152-FL |
| WAKE COUNTY, N.C. | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 9, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on December 9, 2022, and Copies To:**
Timothy Hankins (via US CM/ECF Notice of Electronic Filing)

December 9, 2022    PETER A. MOORE, JR., CLERK

    /s/ Sandra K. Collins
(By) Sandra K. Collins, Deputy Clerk